UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in )
)
    UNITED STATES OF AMERICA )
    c/o United States Attorney )
    555 4th Street, N.W. )
    Washington, DC  20530 )
)
        v. ) Misc. Action No.
)
    TRAVIS HANEY )
    c/o Ian A. Williams )
    Attorney at Law )
    717 D Street N.W. )
    Washington DC 20004-2807 )
)
        Defendant. )
)
)

## NOTICE OF REMOVAL OF SUBPOENA

The United States Attorney, through the undersigned attorneys and on behalf of the Court Services and Offender Supervision Agency ("CSOSA") or ("Agency"), respectfully files this Notice Of Removal Of Subpoena pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-15 (D.C. Cir. 1995) and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the Agency states as follows:

    1. CSOSA has been issued a subpoena by counsel for Travis Haney, requesting an appearance by an unspecified CSOSA Custodian of Records, who is instructed to bring "all documents pertaining to" an individual. The subpoena purports to call for the

testimony and documents in the Superior Court of the District of Columbia in the matter of <u>United States</u> v. <u>Travis Haney</u>, Case No. 2008-CF3-5789.

    2. A copy of the subpoena, redacted pursuant to Local Civ. R. 5.4(f), is attached hereto.

    3. CSOSA intends to move to quash, relying on federal law, upon the removal of this action.

WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446; <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, <u>supra</u>; and <u>Houston Business Journal, Inc.</u> v. <u>Office of the Comptroller of the Currency</u>, <u>supra</u>. The underlying criminal case is not being removed and shall remain in Superior Court.

                        Respectfully submitted,

                        */s/ Jeffrey A. Taylor*
                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney

                        */s/ Rudolph Contreras*
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                        */s/ W. Mark Nebeker*
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

UNITED STATES
~~DISTRICT OF COLUMBIA~~

vs.

Travis Haney

Case No. 2008-CF3-5789

To: CSOSA ~~custodian~~ of records (D.C. Superior Court) 633 Indiana Avenue, N.W. Washington, D.C.

YOU ARE HEREBY COMMANDED:

To appear before the ~~Criminal Division room~~/courtroom __311__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the __24th__ day of __March__, 20__08__, at __9:30__ (a.m.)/p.m. as a witness for __defendant__

☑ and bring with you all documents pertaining to Phyllis Walters (D.O.B ███, PDID No. 554-935) including but not limited to drug assessments, drug test results and mental health reports.

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this __21st__ day of __March__, 20__08__.

Officer in Charge: _[signature] Ian Williams_
Attorney for ~~Government~~/Defendant
703-597-1175 (cell)
Phone No. (202) 842-2700   (202) 842-8469 (fax)

Clerk, Superior Court of the District of Columbia
[signature / seal]

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____ Judge _____

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☑ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| Lynette Lauder | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 3/21/08, 5:05 p.m. |

**REMARKS** 

Signature of Title of Server: Ian Williams (defense atty)

D-1072/jm 00
U.S. GPO: 2000-520-518/94502

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>c/o United States Attorney )<br>555 4th Street, N.W. )<br>Washington, DC 20530 )<br> )<br>v. )<br> )<br>TRAVIS HANEY )<br>c/o Ian A. Williams )<br>Attorney at Law )<br>717 D Street N.W. )<br>Washington DC 20004-2807 )<br> )<br>           Defendant.  )<br> )<br>_____) | Case No. 2008-CF3-5789<br><br>CTD 3/24/08 |

NOTICE OF FILING OF NOTICE OF REMOVAL OF SUBPOENA

PLEASE TAKE NOTE that on March 24, 2008, the United States Attorney for the District of Columbia filed with the clerk of the United States District Court for the District of Columbia a Notice Of Removal Of Subpoena in the above captioned matter, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-15 (D.C. Cir. 1995) and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. §

1446(d). A copy of the Notice Of Removal Of Subpoena (with attachment) is attached hereto.

                              Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Removal Of Subpoena and Notice Of filing Notice Of Removal has been made by mailing copies thereof to:

IAN A. WILLIAMS, ESQ.
Attorney at Law
717 D Street N.W.
Washington DC  20004-2807
ianwilliams@erols.com

on this 24th day of March, 2008.

_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230