```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____)
                                        )
    UNITED STATES OF AMERICA            )
                                        )
            v.                          )   Misc. No. 08-161 RCL
                                        )
    TRAVIS HANEY                        )
                                        )
                    Defendant.          )
_____)
```

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

The Court Services and Offender Supervision Agency ("CSOSA") through the Office of the United States Attorney for the District of Columbia hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of eight days within which to respond to the subpoena removed to this Court from the Superior Court of the District of Columbia on March 24, 2008. Counsel, for the defendant, Ian Williams, Esq., has indicated that he does not oppose this motion.

This enlargement is requested in order to allow the parties additional time to attempt to reach agreement on an alternative method to satisfy the request for information by Mr. Williams in the Superior Court. In fact, Mr. Williams verified this date that he was intending to work through the issues, if possible, in an amicable manner dealing with the Agency and the prosecutor in the Superior Court action. Rather than brief what may likely become a moot issue, CSOSA proposes to allow a brief period during which the matter may be amicably resolved.

For these reasons, this additional time is sought to respond to the subpoena.  A proposed Order is attached hereto.

>Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

IAN A. WILLIAMS, ESQ.
Attorney at Law
717 D Street N.W.
Washington DC  20004-2807
ianwilliams@erols.com

on this 31st day of March, 2008.

```
                                    /s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____)
                                         )
     UNITED STATES OF AMERICA            )
                                         )
           v.                            )   Misc. No. 08-161 RCL
                                         )
     TRAVIS HANEY                        )
                                         )
                      Defendant.         )
_____)
```

<u>ORDER</u>

Upon consideration of the Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which the Court Services and Offender Supervision Agency ("CSOSA") may respond to the subpoena in this matter be and is hereby enlarged up to and including April 9, 2008.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

IAN A. WILLIAMS, ESQ.
Attorney at Law
717 D Street N.W.
Washington DC  20004-2807
ianwilliams@erols.com