UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____  )
                                                    )
    UNITED STATES OF AMERICA      )
                                                    )
        v.                                       )  Misc. No. 08-161 RCL
                                                    )
    TRAVIS HANEY,                     )
                                                    )
                         Defendant.   )
_____)

<u>CONSENT MOTION TO QUASH, AND MEMORANDUM IN SUPPORT THEREOF</u>

The Court Services and Offender Supervision Agency ("CSOSA"), a Federal agency of the United States of America and its custodian of records, through the United States Attorney hereby moves to quash the subpoena issued to the CSOSA custodian of records. Counsel has discussed the issue with counsel for Mr. Haney, Ian Williams, Esq., who represented this date that Mr. Haney consents to the quashing of the subpoena at issue in this litigation without prejudice.[1]

---

[1] The hearing at which CSOSA's custodian of records was to appear was initially scheduled for March 24, 2008, but was later rescheduled for April 8, 2008, and has now been concluded, according to Mr. Williams. The undersigned and Mr. Williams also discussed possible methods by which the appropriate release of information from CSOSA's files might be effected without the use of a subpoena, should CSOSA materials be sought in the future.

WHEREFORE, CSOSA and its custodian or records submit that the subpoena should be quashed without prejudice.  A proposed order also accompanies the motion.

                      Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Consent Motion To Quash, And Memorandum In Support Thereof and a proposed order was made by mailing and e-mailing copies thereof to:

IAN A. WILLIAMS, ESQ.
Attorney at Law
717 D Street N.W.
Washington DC  20004-2807
ianwilliamslaw@verizon.net

on this 9th day of April, 2008.

                                         /s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____ )
                                                )
   UNITED STATES OF AMERICA            )
                                                )
       v.                               ) Misc. No. 08-161 RCL
                                                )
   TRAVIS HANEY,                       )
                                                )
               Defendant.       )
_____ )

<u>ORDER</u>

    Upon consideration of the Consent Motion To Quash, And Memorandum In Support Thereof, filed on behalf of the Court Services and Offender Supervision Agency ("CSOSA") and its custodian or records, for the reasons set forth in support thereof, and upon consideration of the entire record herein, it is this \_\_\_\_\_ day of _____, 2008

    ORDERED that the motion to quash shall be and is hereby granted, the subpoena is quashed without prejudice and this subpoena matter shall be and is hereby dismissed without prejudice.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

IAN A. WILLIAMS, ESQ.
Attorney at Law
717 D Street N.W.
Washington DC  20004-2807