UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____ )
                                          )
    UNITED STATES OF AMERICA          )
                                          )
        v.                            )  Misc. No. 08-161 RCL
                                          )
    TRAVIS HANEY,                     )
                                          )
               Defendant.        )
_____)

### ORDER

Upon consideration of the Consent Motion To Quash, And Memorandum In Support Thereof, filed on behalf of the Court Services and Offender Supervision Agency ("CSOSA") and its custodian or records, for the reasons set forth in support thereof, and upon consideration of the entire record herein, it is this **15th** day of  **April,** 2008

ORDERED that the motion to quash shall be and is hereby granted, the subpoena is quashed without prejudice and this subpoena matter shall be and is hereby dismissed without prejudice.

                                                                /    s    /
                                          UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

IAN A. WILLIAMS, ESQ.
Attorney at Law
717 D Street N.W.
Washington DC  20004-2807